|   |   |
|---|---|
| UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT SEATTLE | |
| BIKRAMJIT SINGH GILL,<br><br>                     Plaintiff,<br>   v.<br>ALBERTO R. GONZALES, ATTORNEY GENERAL OF THE UNITED STATES, MICHAEL CHERTOFF, SECRETARY OF DEPARTMENT OF HOMELAND SECURITY, ROBERT J. OKIN, DISTRICT DIRECTOR OF U.S. CITIZENSHIP AND IMMIGRATION SERVICES, AND LAURA LAUGHLIN, SPECIAL AGENT IN CHARGE, FEDERAL BUREAU OF INVESTIGATION,<br><br>                     Defendants. | No. C06-00380-RSL<br><br>STIPULATION AND ORDER TO HOLD CASE IN ABEYANCE |

This case is a complaint to compel the United States Citizenship and Immigration Services ("CIS") and the Federal Bureau of Investigation ("FBI") to take action on the Plaintiff's outstanding application for immigration benefits.  The Government's answer to the complaint is presently due on May 19, 2006.

The Plaintiff is at liberty.

Subsequent to the filing and service of the complaint, the parties have conferred through their counsel.  The parties are in agreement that the CIS and the FBI are now taking action on the underlying application, and that there is a likelihood that the ongoing administrative action may moot this lawsuit.  Therefore,

STIPULATION AND ORDER TO HOLD CASE IN ABEYANCE - 1
(C06-00249-RSL)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  The parties HEREBY STIPULATE AND AGREE that this case be held in
2  abeyance for two months to allow the ongoing administrative action to proceed.
3  Accordingly, the parties further STIPULATE, AGREE, AND JOINTLY REQUEST,
4  that the Court extend to July 18, 2006, the due-date for the Government's answer, or for
5  the filing of appropriate dismissal documents, or for the filing of a Joint Status Report.
6  DATED this 15th day of May, 2006.

Respectfully submitted,

| JOHN McKAY | LAW OFFICES OF BART KLEIN |
| United States Attorney | |

| s/Marion J. Mittet | s/Bart Klein |
| Marion J. Mittet, WSBA# 12758 | BART KLEIN, WSBA# 10909 |
| Assistant United States Attorney | Attorney for Plaintiff |
| United States Attorney's Office | |
| 700 Stewart Street, Suite 5220 | |
| Seattle, Washington 98101-1271 | |
| Telephone:  (206) 553-7970 | |
| Fax:  (206) 553-4073 | |
| E-mail:  Jamie.Mittet@sdoj.gov | |

## ORDER

The parties having so stipulated, the above is SO ORDERED.  The Clerk is directed to send copies of this Order to all counsel of record.

DATED this 16th day of May, 2006.

/s/ Robert S. Lasnik
Robert S. Lasnik
United States District Judge

STIPULATION AND ORDER TO HOLD CASE IN ABEYANCE - 2
(C06-00249-RSL)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970